**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION**

IN RE:

**FORTRESS RESOURCES, LLC,**                                                                  CASE NO. 15-70730-tnw

DEBTOR

**JEFF HARVEY, on behalf of himself and all**                                          PLAINTIFF
**others similarly situated,**

v.                                                                                                                    ADV. CASE NO. 16-7001

**FORTRESS RESOURCES, LLC, d/b/a**                                                         DEFENDANT
**MCCOY ELKHORN COAL COMPANY,**

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Jeff Harvey and Defendant Fortress Resources, LLC, d/b/a McCoy Elkhorn Coal Company that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action shall be and hereby is dismissed without prejudice and without costs or attorneys' fees to either party.

                                                                    Respectfully submitted,

Dated: March 29, 2016                          */s/ Jack A. Raisner*
                                                                    Jack A. Raisner
                                                                    René S. Roupinian
                                                                    **OUTTEN & GOLDEN LLP**
                                                                    3 Park Avenue, 29th Floor
                                                                    New York, New York 10016
                                                                    Telephone: (212) 245-1000
                                                                    E-mail:    JAR@outtengolden.com
                                                                                     RSR@outtengolden.com

                                                                    Anthony Raluy
                                                                    **RENDIGS, FRY, KIELY & DENNIS, LLP**
                                                                    500 West Jefferson Street, Suite 1515
                                                                    Louisville, Kentucky 40202

Telephone: (502) 814-1121
E-mail: traluy@rendigs.com

*Counsel to Plaintiff and the putative class*

*/s/ Matthew B. Bunch*
Matthew B. Bunch
271 West Short Street, Suite 805
PO Box 2086
**BUNCH & BROCK**
Lexington, KY 40577
Telephone: (859) 254-5522
Email:     matt@bunchlaw.com

*Counsel to Defendant*